FILED  24CV004339-000
DATE: December 23, 2024
TIME: 3:32:59 PM
ALAMANCE
CLERK OF SUPERIOR COURT
BY: R. Mullis

August 24,2021 the plainiff was a patient at Burlington Community Health Center, a division of Piedmont Health Services, Inc. During a vist on that day the plaintiff consented to receiving a TDAP vaccination. Ana Pacheco was the employee who took vitals and performed intake duties. When Ana Pacheco left the roonm she returned with two other young females. All three wore masks and all three acted nervous or "weird". (To the extent plaintiff told people about their bizarre behavior). Plaintiff mentioned the vaccine contained the whooping cough vaccine and that is why she took it instead of just the tetanus vaccine. They acted as it the did not know that and glanced at each other. This was their last opportunity to do the right thing, and they chose not to. After injecting plaintiff they put a bandaid on the injection site and left the room.

The medical records for that day state "Tdap due. Discussed today-not sure declines" (This is not true. Plaintiff received an injection she believed to be the TDAP.) In fact, Amanda Giles, office manager informed plaintiff in November 2023 that Ana Pacheco checked the TDAP vaccine out and checked it back in. This indicates she knew Plaintiff accepted the vaccine and planned to give it until, for some reason, she (or she and the other two employees) decided to give the plaintiff an unidentified injection instead. Again, she had time to choose to do the legal, moral and ethical thing. She could have still given the TDAP vaccine.

The record also stated for that day "We discussed vaccination against COVID-19. They have been considering vaccination. we explored concerns. Based on conversation current plan as noted - adamantly declines-counseled" These notes do not seem coherent. Plaintiff is referred to as "they". Plaintiff has never considered the COVID vaccination for even a moment. Why would anyone consider the vaccination and be adamant against it at the same time? It appears to be poor record keeping or records were altered.
In fact Ana Pacheco failed to note any injection was given.

The plaintiff was very sick the night of the injection and the next day. Flu-like symptoms. To the extent she googled "TDAP" to see if there was any new information on the vaccine. The day following the injection the plaintiff was short of breath, had chest pains, a feeling of weakness, sweating and faintness. The paintiff referred to this as "the first episode" and the following as "episodes". The plaintiff never associated this with the injection because she thought it was the TDAP. Four days after the injection the plaintiff went to the emergency room while out of town. She felt she was having a heart attack. In August of 2024, the plaintiff was hospitalized. These episodes are in fact caused by heart issues. These issues started the day after the unidentidied injection. These issues are completely life altering. This is just one of many occurances since the unidentified injection. Some of the the other issues include swollen lymph nodes on the side of the injection. A growth on the thyroid. Extreme fatigue. Brain Fog. Heat intolerance. Sweating profusely. These are a short list of physical issues developed after the unidentified injection.
It is important to note all these conditions were identified before the plaintiff knew she was given an unidentified injection instead of the TDAP.


GOVERNMENT EXHIBIT B

Case 1:25-cv-00283-WO-JEP     Document 3     Filed 04/15/25     Page 1 of 3

From August 24,2021 until September 27, 2023 plaintiff thought she had received the TDAP. This in itself was a medical injustice as well. Not only was the plaintiff given an unknown injection but SHE WAS NOT GIVEN THE TDAP. Because of this, her life was once again in danger. April 21,2022, the plaintiff was attacked by a large dog. Plaintiff told the ER doctor she had just been given a TDAP and did not take one. September 1,2023 plaintiff was injured with a rusty tool. Again she did not get a tetanus vaccine because she thought she had received one in August 2021.

The physical damage of this unidentified injection has prevented the plaintiff from being able to perform duties she could before the unidentified injection. She has needed more assistance from her son.

The emotional damage has been life altering as well. Plaintiff has felt as if she is dying since the first episode. She does not feel she will live to see her grandchidren grown. Not being able to do simple things most of the time has been devastaing. Typically the plaintiff loves warm weather. For three summers it has proven difficult to do much without having constant "episodes". Obviously she has had fears associated with the other issues mentioned as well.

The emotional trauma doesn't just involve dying. Plaintiff will never feel safe in a doctors office again. Plaintiff told Amanda Giles, office manager, every time she has a visit at their office they ask if she feels safe at home. They have never asked her does she feel safe at their office. She always assumed she was. After the crime committed against her, the assault that Ana Pacheco and two others decided to inflict upon her, she will never feel totally safe in a healthcare setting. Plaintiff also suffers because she was injected with something that can never be removed from her body. Her heart will never be well. This cannot be altered, corrected or taken away. Plaintiff also struggles with "Why"? was this personal? have they committed this crime on hundreds of other people. These girls/Burlinton Community Health Center/Piedmont Health Services, Inc. violated every medical and human right the plaintiff has. It was a direliction of duty. They were the cause of irreversable damage. They committed a crime agaist her and used a position of trust to be able to commit that crime!

Amanda Giles and Dr. Manchino admitted plaintiff was given an unidentified injection. However, after plaintiff found personal records and could identify the date of the injection without uncertainty, Amanda Giles did not want to discuss the matter anymore and gave plaintiff a notice to find other healthcare.

Amanda Giles job as center manager is to make sure the center is ran properly and safety should be her number one concern. her first obligation is to the patients. Amanda Giles could have supported the plaintiff. Instead she chose to attempt to manipulate the plaintiff by trying to convince her she was wrong about the date. She could have offered emotional support to the plaintiff. Instead, she stood behind an employee she obviously favored more than the one working on the day she

proposed it happened.  You cannot admit there has been a crime and get to pick the person you want to take the blame.  Also, as soon as I was aware I had received an unidentified injection, I could no longer access my medical records. Amanda Giles participated in the emotional trauma the plaintiff endured.

For the stated reasons plaintiff ask that the court to order Amanda Giles to pay the plaintiff the sum of One Million Dollars.


Ana Pacheco was the person Burlington Community Health Center and Piedmont Health services, Inc. allowed to take plaintiff's information and administer an injection into plaintiff"s body.  She is not a nurse. She did not follow the law when she chose to make an unethical and criminal decision to inject plaintiff with an unknown injection.  She has caused physical and emotional harm to the plaintiff.  For the reasons described, the plainfiff asks that Ana Pacheco pay the plaintiff the sum of three million dollars.  Ana Pacheco had numerous chances to make the legal and ethical choice in the vaccine she injectected into plaintiff"s body on August 24, 2021. instead she chose to commit a crime against the plaintiff.  A crime of negligent and intentional tort.  She performed a breech of duty.


While the crime was comitted by Ana Pacheco and two unidentified assailants and covered up by Amanda Giles, ultimately it is the responsibility of Burlington Community Heath Center and Piedmont Health services, Inc. to hire staff that are ethically, morally and legally responsible.
As soon as the plaintiff was aware she had been given an unknown injection, she lost access to her medical records.  This had to have been done at an administrative level.  The plaintiff had to send two registered letters to both parties before being given medical records.  After the first request the plaintiff was told they could not give her the records without she pay per page.  The way she was given the records it is possible for them to be altered.
Burlington Community Health Center and Piedmont Health Services, Inc., did nothing to support a client who was the victim of a criminal offence, a victim who was violated criminally, ethically and morally.  The victim of negligence and intentional tort. All at the hands of their emlpoyees and they further assaulted the patient by protecting their interests instead of trying to help the patient navigate the horrible situation.
There are physical consequences for the plaintiff and emotional consequenses as well, as previously described. For all reasons descibed in this document, plaintiff requests Burlinton Community Health Center and Piedmont Health Services,Inc. be ordered by the court to award plaintiff the sum of twenty nine million dollars physical damages to include damages needed to hire assistance needed since the unidentified injection was given.  In addition, plaintiff requests the court award twenty nine million dollars for the emotional trauma suffered since the unidentified injection and for the future.   This injection cannot be removed.  Plaintiff feels she is dying and if she does not die soon, she will suffer the rest of her life.